1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
Attorneys for Defendants
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 JUN ZHU, <br> YUZENG HUANG, | ) <br> ) No. C 07-0115 JL |
| 13 | ) |
|              Plaintiffs | ) |
| 14 | ) **STIPULATION TO EXTEND TIME** |
|     v. | ) **WITHIN WHICH THE DEFENDANTS** |
| 15 | ) **MUST FILE AN ANSWER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| 16 Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director, | ) |
| 17 U.S. Citizenship and Immigration Services; | ) |
| CHRISTINA POULOS, Acting Director, | ) |
| 18 California Service Center, U.S.C.I.S.; | ) |
| ROBERT S. MUELLER, Director of Federal | ) |
| 19 Bureau of Investigations, | ) |
| | ) |
| 20             Defendants. | ) |

21

22    Plaintiffs, by and through their attorney of record, and defendants, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to a fourteen-day

23

extension of time within which the defendants must serve its answer to the complaint in the above-

24

entitled action. The defendants will file their answer on or before March 26, 2007.

25
///
26
///
27

28

Stip. to Extend Time
C07-0115 JL                         1

| | | |
|---|---|---|
| 1 | Date: March 12, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 9 | Date: March 12, 2007 | /s/<br>JUSTIN X. WANG<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 13, 2007

*[Signature of Judge James Larson with seal of United States District Court, Northern District of California — "IT IS SO ORDERED"]*

Stip. to Extend Time
C07-0115 JL                                    2