```
Justin X. Wang (CSB166183)
BAUGHMAN & WANG
111 Pine Street, Suite 1350
San Francisco, CA 94111
Tel: (415) 576-9923
Fax: (415) 576-9929

Attorney for Plaintiffs
JUN ZHU;
YUZENG HUANG
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JUN ZHU;<br>YUZENG HUANG<br><br>Plaintiffs<br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Director, California Service Center, U.S.C.I.S.;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation<br><br>Defendants. | Case No.: C 07-0115 JL<br><br>STIPULATION OF RESCHEDULING HEARING FOR MOTION TO DISMISS and CASE MANAGEMENT CONFERENCE;<br>ORDER |

Subject to approval of the Court, the parties hereby stipulate as follows:

Due to the fact that Plaintiffs' counsel will be out of town from June 14, 2007 to July 2, 2007, Plaintiffs and Defendants hereby agree to reschedule the Hearing for Motion to Dismiss for lack of Jurisdiction and Failure to State a Claim, previously set for June 20, 2007 at 9:30 a.m., and the Case Management Conference (CMC), previously set for April 18, 2007 at 10:30

1  a.m. to June 6, 2007 at 9:30 a.m. at Courtroom F, 15th Floor, 450 Golden Gate Avenue, San
2  Francisco, CA.
3  Dated: April 2, 2007                                    Respectfully submitted,
4
5
6
7                                                          Justin X. Wang, Esq.
8                                                          Attorney for Plaintiffs
9
10
11
12  Dated: April         , 2007
                                                           Edward A. Olsen
13                                                         Assistant U.S. Attorney
                                                           Attorney for Defendants
14
15
16                                    **ORDER**
17      Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO
18  ORDERED. This Hearing and Case Management Conference are rescheduled.
19
20
21
22  Dated: May 16, 2007

IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA