1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   JUN ZHU,                              )
12 YUZENG HUANG,                         ) No. C 07-0115 JL
                                         )
13              Plaintiffs               )
                                         ) **STIPULATION TO DISMISS; AND**
14         v.                            ) **[PROPOSED] ORDER**
                                         )
15 MICHAEL CHERTOFF, Secretary of the    )
   Department of Homeland Security;      )
16 EMILIO T. GONZALEZ, Director,         )
   U.S. Citizenship and Immigration Services; )
17 CHRISTINA POULOS, Acting Director,    )
   California Service Center, U.S.C.I.S.; )
18 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigations,             )
19                                       )
                Defendants.               )
20                                       )

21     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

23 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

24     Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stip. to Dismiss
C07-0115 JL                              1

1 | Date: August 2, 2007 | Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

          /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: August 2, 2007

          /s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

IT IS SO ORDERED
James Larson
Judge James Larson
United States Magistrate Judge

Stip. to Dismiss
C07-0115 JL                                    2